Honorable William T. Hart

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that 15 C 11309, *One Plus Corp. v. Marathon Equipment Company*, pending before the Hon. Ronald A. Guzman, has been identified for transfer to the Patent Case Pilot Program in which this Court is participating, therefore

It is hereby ordered that 15 C 11309, *One Plus Corp. v. Marathon Equipment Company* is to be reassigned by lot to one of the district judges participating in the pilot program.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 17th day of December, 2015