UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| ONE PLUS CORP., <br><br> Plaintiff, <br><br> v. <br><br> MARATHON EQUIPMENT COMPANY (DELAWARE), <br><br> Defendant. | Civil Action No. 1:15-cv-11309 <br><br> Judge William T. Hart |

AGREED MOTION
FOR EXTENSION OF TIME FOR DEFENDANT MARATHON TO ANSWER OR
OTHERWISE PLEAD IN RESPONSE TO THE
COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff One Plus Corp. ("One Plus") and Defendant Marathon Equipment Company ("Marathon") (through its supplier) have been actively discussing a resolution of this case. Defendant has requested a 30-day extension to answer or otherwise plead to the Complaint, to continue efforts towards resolution. As such, One Plus hereby moves the Court for an extension of time for Defendant to answer or otherwise plead in response to One Plus's Complaint for Patent Infringement. Both One Plus and Marathon have agreed to give Marathon until Wednesday, May 11, 2016, to respond to the Complaint for Patent Infringement. Counsel for Marathon has not yet appeared in this case, and, accordingly, One Plus agreed to move for the extension of time described herein.

WHEREFORE, One Plus respectfully requests that the Court enter an order granting One Plus's motion for an extension of time to May 11, 2016, for Defendant Marathon to answer or otherwise plead in response to the Complaint for Patent Infringement.

Dated: March 31, 2016

        McANDREWS, HELD, & MALLOY, LTD.

By:    /s/ *Robert F. Kappers*
       James P. Murphy, Esq.
       Robert F. Kappers, Esq.
       McAndrews, Held & Malloy, Ltd.
       500 West Madison Street, 34th Floor
       Chicago, Illinois 60661
       Tel: (312) 775-8000
       Fax: (312) 775-8100
       Email: jmurphy@mcandrews-ip.com
       Email: rkappers@mcandrews-ip.com,

       Attorneys for Plaintiff
       ONE PLUS CORP.

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2016, a true and correct copy of the foregoing Agreed Motion for Extension of Time for Defendant Marathon to Answer Or Otherwise Plead in Response to the Complaint for Patent Infringement was served on March 31, 2016, via email and pre-paid, overnight Federal Express to the correspondence address of counsel for Marathon Equipment Company (Delaware):

Christopher Dillon, Esq.<br>
Fish & Richardson P.C.<br>
One Marina Park Drive<br>
Boston, Massachusetts 02210-1878<br>
cwd@fr.com

                                                  /s/ *Robert F. Kappers*